IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM STOKES,

        Petitioner,                    No. CIV S-05-709 ALA HC

    vs.

BOARD OF PRISON TERMS,

        Respondent.              ORDER

_____/

        Petitioner is a former state prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254.

        On July 25, 2007, this court ordered Petitioner to show cause within 30 days as to why this action should not be dismissed because the matter is moot. Petitioner has failed to respond to the court's order.

        Therefore, IT IS HEREBY ORDERED that petitioner's petition for habeas corpus is dismissed.

DATED: September 4, 2007

                                         /s/ Arthur L. Alarcón
                                         UNITED STATES CIRCUIT JUDGE
                                         Sitting by Designation